**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.                                                          **4:01-CR-077-SPM**

**MICHAEL HUSBANDS,**

    **Defendant.**
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 73) dated December 7, 2006. The parties have been furnished a copy and have been afforded an opportunity to file objections. Defendant filed his objections (doc. 75) on December 28, 2006.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. Defendant's claims, as he admits, boil down to his assertion that he is actually innocent of the crime. Such claims are not properly cognizable in post-conviction relief motions. As to Defendant's other objections, his argument simply does not rise to the level of showing entitlement to any relief. The Court specifically finds

that Defendant's attorney was not ineffective and that the Government did not withhold exculpatory evidence.  Defendant has not demonstrated any error in the magistrate's report.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 73) is adopted and incorporated by reference in this order.

2. Defendant's §2255 post-conviction motion (doc. 62) is hereby *denied*.

**DONE AND ORDERED** this eleventh day of January, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge